■ DIANNE TELGHEDER, Appellant, v METRO-NORTH COMMUTER RAILROAD, Respondent. [709 NYS2d 837] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Dutchess County

(Beisner, J.), dated March 22, 1999, which granted the defendant's motion to dismiss the action as time-barred.

Ordered that the order is affirmed, with costs.

The action was properly dismissed as time-barred (*see, Zaiman v Metropolitan Tr. Auth.,* 186 AD2d 555; *Luka v New York City Tr. Auth.,* 100 AD2d 323, *affd* 63 NY2d 667; *see also, Rose v Metro N. Commuter R. R.,* 143 AD2d 993). Mangano, P. J., Bracken, S. Miller and Goldstein, JJ., concur.